IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-02-N-0965-E |
| | ) | |
| CALHOUN COUNTY COMMISSIONER KEN JOINER, SHERIFF LARRY AMERSON, REGIONAL MEDICAL CENTER DIRECTOR ALLEN FLETCHER, DIRECTOR CALHOUN COUNTY HEALTH DEPARTMENT, and THE CALHOUN COUNTY FIRE MARSHALL WILLIAM FINCHER, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 5, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge also recommended that the Motion to Dismiss filed by defendant the Director of the Calhoun County Health Department (Document # 0-1) and the Motion to Dismiss filed by defendants Ken Joiner, Larry Amerson, and Dennis Ray (Document # 3-1) be granted and that the "Motion Not To Dismiss" filed by the plaintiff (Document # 0-1) be denied. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due

to be and is hereby ADOPTED and the recommendations are ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1), the motions to dismiss filed by defendants the Director of the Calhoun County Health Department, Ken Joiner, Larry Amerson, and Dennis Ray (Documents # 0-1 and # 3-1) are due to be and are hereby GRANTED, and the plaintiff's "Motion Not To Dismiss" (Document # 0-1) is due to be and is hereby DENIED. A Final Judgment will be entered.

DATED this 4th day of Dec., 2002.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE